UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MARIA  FALCHETTI,                                JUDGMENT
                                                                     16-CV- 4694 (ARR)

                         Plaintiff,

     -against-

THE CITY OF NEW YORK; DET. MIKE CIVIL;
CAPT. JEAN-MARIE FINNERTY; CAPT. ANDREY
SMIRNOV; SGT. FRANCIS DEPALMA; DET. DAVID
MARCONI; DET. EDDIE MARTINS; DET. JOHN
RIVERA; and DET. PATRICIA JABLONSKI,

                         Defendants.
----------------------------------------------------------------X

         An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on September 7, 2017, granting Defendants' motion for summary judgment; dismissing Plaintiff's federal claims and her state law claims for false arrest, false imprisonment, and malicious prosecution with prejudice; dismissing Plaintiff's remaining state law claims without prejudice; and directing the Clerk of Court to enter judgment in favor of Defendants; it is

         ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted; that Plaintiff's federal claims and her state law claims for false arrest, false imprisonment, and malicious prosecution are dismissed with prejudice; that Plaintiff's remaining state law claims are dismissed without prejudice; and that judgment is hereby entered in favor of Defendants.

Dated: Brooklyn, New York                                           Douglas C. Palmer
           September 07, 2017                                          Clerk of Court

                                                                         by:     */s/ Janet Hamilton*
                                                                                    Deputy Clerk